<u>**ORAL ARGUMENT NOT YET SCHEDULED**</u>

**U.S. COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES, *et al.*, <br><br> Petitioner, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Respondents. | No. 24-1193, and consolidated cases |

**Notice of Substitution of Counsel**

Jin Hyung Lee hereby notices her substitution for Andrew Knudsen as counsel of record for Respondents in these consolidated cases, and the withdrawal of Mr. Knudsen as counsel of record.

                                              Respectfully Submitted,

                                              ADAM R.F. GUSTAFSON
                                              Acting Assistant Attorney General

Dated: July 28, 2025               */s/ Jin Hyung Lee*
                                              JIN HYUNG LEE
                                              U.S. Department of Justice
                                              Environmental Defense Section
                                              P.O. Box 7611
                                              Washington, D.C. 20044

(202) 598-7264
Jin.Hyung.Lee@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to Fed. R. App. P. 25(c), that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

*/s/Jin Hyung Lee*
JIN HYUNG LEE