# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 24-1193** | **September Term, 2025** |
| | EPA-89FR39124 |
| | Filed On: September 25, 2025 [2136896] |

Chamber of Commerce of the United
States of America, et al.,

      Petitioners

      v.

Environmental Protection Agency and Lee
M. Zeldin, in his official capacity as
Administrator, United States Environmental
Protection Agency,

      Respondents

------------------------------

Clean Cape Fear, et al.,
      Intervenors

------------------------------

Consolidated with 24-1261, 24-1266,
24-1271, 24-1272

### O R D E R

    Upon consideration of respondents' unopposed motion to govern future proceedings, it is

    **ORDERED** that the motion be granted and that these consolidated cases be returned to the court's active docket. The parties are directed to file a proposed schedule for the remainder of briefing by September 30, 2025.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
     Louis Karl Fisher
     Deputy Clerk