**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE ) <br> UNITED STATES OF AMERICA, ET AL., ) <br> ) <br> *Petitioners*, ) <br> ) <br> v.                                          ) <br> ) <br> ENVIRONMENTAL PROTECTION ) <br> AGENCY, ET AL.,                 ) <br> ) <br> ) <br> *Respondents*.              ) <br> ) <br> _____) <br> ) <br> CLEAN CAPE FEAR, ET AL.,  ) <br> ) <br> *Intervenors*.                  ) <br> _____) | No. 24-1193 <br> Consolidated with <br> Nos. 24-1261, 24-1266, <br> 24-1271, 24-1272 |

**JOINT PROPOSED AMENDED BRIEFING SCHEDULE**

Pursuant to this Court's order of September 25, 2025 (Doc. No. 2136896), Petitioners Chamber of Commerce of the United States of America, Associated General Contractors of America, Inc., and National Waste & Recycling Association, American Chemistry Council, Institute of Scrap Recycling Industries, Inc. (d/b/a Recycled Materials Association, hereinafter "ReMA"), American Forest & Paper

Association, and American Fuel & Petrochemical Manufacturers (collectively, "Petitioners"); Respondents Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency ("Respondents"); and Intervenors Clean Cape Fear, Environmental Justice Task Force, Fight for Zero, Merrimack Citizens for Clean Water, and Natural Resources Defense Council ("Intervenors," together with Petitioners and Respondents, the "Parties") hereby propose the amended briefing schedule below. In support of this motion, the Parties state as follows:

This lawsuit challenges a final rule issued by EPA titled, "Designation of Perfluorooctanoic Acid (PFOA) and Perfluorooctanesulfonic Acid (PFOS) as CERCLA Hazardous Substances," 89 Fed. Reg. 39124 (May 8, 2024) ("Final Rule"). Pursuant to this court's prior scheduling order, Petitioners filed their opening brief on November 4, 2024, Respondents filed their brief on January 17, 2025, and Intervenors filed their brief on February 13, 2025.

Before briefing completed, on February 24, 2025, the Court granted EPA's motion to hold the case in abeyance pending new EPA leadership's review of the Final Rule. Doc. No. 2102403. EPA subsequently filed several motions to continue the abeyance, which this Court granted. *See, e.g.,* Doc. No. 2130679.

On September 17, 2025, EPA filed a motion to govern informing the Court that EPA decided to keep the Final Rule in place. Doc. No. 2135418. Recognizing

2

that the original deadlines for Petitioners' joint reply brief, the deferred appendix, and the Parties' final briefs had already passed, EPA proposed that the Parties submit an amended briefing schedule by September 30, 2025.  *Id.* at 2.

On September 25, 2025, this Court granted EPA's motion to govern, setting a deadline for the Parties to file a proposed schedule for the remainder of briefing by September 30, 2025.  Doc. No. 2136896.

Pursuant to that order, the Parties jointly propose the following schedule for the remainder of briefing:

- Petitioners' joint reply brief:  November 14, 2025
- Deferred appendix:  November 21, 2025
- All parties' final form briefs:  December 5, 2025

This proposed schedule will allow Petitioners adequate time to respond to EPA's and Intervenors' response briefs, as well as account for counsel for Petitioners' other pre-planned professional and personal obligations.  All parties agree to the proposed schedule.

For the foregoing reasons, the Parties jointly request that this Court adopt the proposed briefing schedule above.

3

Dated:  September 30, 2025

Respectfully submitted,

*/s/   Elbert Lin*

Andrew R. Varcoe
Stephanie A. Maloney
U.S. CHAMBER LITIGATION CENTER
1615 H Street, NW
Washington, DC 20062
(202) 463-5337
avarcoe@USChamber.com
smaloney@USChamber.com

*Counsel for Petitioner Chamber of Commerce of the United States of America*

Leah Pilconis
ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC.
2300 Wilson Blvd., Suite 300
Arlington, VA 22201
(703) 837-5332
Leah.pilconis@agc.org

*Counsel for Petitioner Associated General Contractors of America, Inc.*

Elbert Lin
   *Counsel of Record*
Paul T. Nyffeler
David M. Parker
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
(804) 788-8200
elin@huntonAK.com
pnyffeler@huntonAK.com
dparker@huntonAK.com

Matthew Z. Leopold
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave. NW,
Washington, DC 20037
(202) 955-1500
mleopold@huntonAK.com

*Counsel for Petitioners Chamber of Commerce of the United States of America, Associated General Contractors of America, Inc., National Waste & Recycling Association, and American Chemistry Council*

Aleacia Chinkhota
American Chemistry Council
Assistant General Counsel, Legal Services
700 2nd Street, NE
Washington, DC 20002
202-249-6131
*Aleacia_Chinkhota@
americanchemsitry.com*

*Counsel for Petitioner American Chemistry Council*

Dated:  September 30, 2025

Heather Lyons
  *General Counsel*
Rebecca Andrechak
  *Assistant General Counsel*
Recycled Materials Association
1250 H Street NW, Suite 400
Washington, DC 20005
(202) 662-8500
hlyons@recycledmaterials.org
randrechak@recycledmaterials.org

Respectfully submitted,

  __/s/ Christopher L. Bell_____

Christopher L. Bell
D.C. Bar # 412857
Greenberg Taurig, LLP
1000 Lousiana Street, Suite 6700
Houston, TX 77002
(713) 374-3556
bellc@gtlaw.com

*Counsel for Petitioner Institute of Scrap Recycling Industries, Inc., d/b/a Recycled Materials Association*

5

Dated:  September 30, 2025            Respectfully submitted,

                                                              ___/s/ Susan Parker Bodine_____

                                           Susan Parker Bodine
                                           EARTH & WATER LAW LLC
                                           1455 Pennsylvania Ave., NW
                                           Suite 400
                                           Washington, DC 20004

                                           *Counsel for Petitioner American*
                                           *Forest & Paper Association*

Dated:  September 30, 2025            Respectfully submitted,

                                                      ___/s/ Brittany M. Pemberton_____

| | |
|---|---|
| Richard S. Moskowitz | Brittany M. Pemberton |
| Tyler Kubik | BRACEWELL LLP |
| American Fuel & Petrochemical Manufacturers | 2001 M Street N.W. |
| | Suite 900 |
| 1800 M Street, NW | Washington, D.C. 20036 |
| Suite 900 North | (202) 828-5800 (telephone) |
| Washington, DC 20036 | (800) 404-3970 (facsimile) |
| (202) 457-0480 (telephone) | Brittany.Pemberton@bracewell.com |
| (202) 457-0486 (facsimile) | |
| rmoskowitz@afpm.org | *Counsel for Petitioner American* |
| tkubik@afpm.org | *Fuel & Petrochemical Manufacturers* |

6

Dated:  September 30, 2025        Respectfully submitted,

ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

     */s/ Jin Hyung Lee*

JIN HYUNG LEE
Environmental Defense Section
Environment & Natural Resource Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 598-7264
Jin.hyung.lee@usdoj.gov

*Counsel for Respondents*

Dated:  September 30, 2025        Respectfully submitted,

     */s/ Jonathan Kalmuss-Katz*

JONATHAN KALMUSS-KATZ
Earthjustice
48 Wall Street Floor 15
New York, New York 10005
(212) 823-4989
jkalmusskatz@earthjustice.org

*Counsel for Respondent-Intervenors Clean Cape Fear, Environmental Justice Task Force, Fight for Zero, Merrimack Citizens for Clean Water, and Natural Resources Defense Council*

7

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that this filing complies with Fed. R. App. P. 27(d)(1)(E) because it uses 14-point Times New Roman, a proportionally spaced font.

I also certify that this filing complies with Fed. R. App. P. 27(d)(2)(A), because by Microsoft Word's count, it has 435 words, excluding the parts exempted under Fed. R. App. P. 32(f).

I also certify that on September 30, 2025, I caused a true and correct copy of the foregoing document to be filed via the Court's electronic-filing system, which will send electronic notification of such filing to all counsel of record in this action.

Dated: September 30, 2025

*/s/ Elbert Lin*
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
(804) 788-8200
elin@huntonAK.com