# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 24-1193** | **September Term, 2025** |
| | EPA-89FR39124 |
| | Filed On: October 2, 2025 [2138522] |

Chamber of Commerce of the United States of America, et al.,

        Petitioners

        v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

        Respondents

------------------------------

Clean Cape Fear, et al.,

        Intervenors

------------------------------

Consolidated with 24-1261, 24-1266, 24-1271, 24-1272

## O R D E R

Upon consideration of the joint proposed amended briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Petitioners' Joint Reply Brief | November 14, 2025 |
| Deferred Appendix | November 21, 2025 |
| Final Briefs | December 5, 2025 |

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                     BY:     /s/
                                          Michael C. McGrail
                                          Deputy Clerk