**ORAL ARGUMENT SCHEDULED FOR JANUARY 20, 2026**

No. 24-1193
(consolidated with Nos. 24-1261, 24-1266, 24-1271, 24-1272)

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**CHAMBER OF COMMERCE
OF THE UNITED STATES OF AMERICA, et al.**,
Petitioners,

v.

**ENVIRONMENTAL PROTECTION AGENCY and
MICHAEL S. REGAN,
in his official capacity as Administrator,
United States Environmental Protection Agency**,
Respondents,

and

**CLEAN CAPE FEAR, et al.**,
Respondent-Intervenors.

---

On Petition for Review of Final Action by the
United States Environmental Protection Agency –
89 Fed Reg. 39,124 (May 8, 2024)

---

**MOTION OF PASSIVE RECEIVERS,
AS *AMICI CURIAE*, TO FILE SUPPLEMENTAL APPENDIX**

---

(Names and addresses of counsel appear inside cover)

Erica M. Spitzig  
Aaron M. Herzig  
Annie M. McClellan  
Taft Stettinius & Hollister LLP  
301 East Fourth Street, Suite 2800  
Cincinnati, OH 45202-3957  
Phone: (513) 381-2838  
Fax: (513) 381-0205  
espitzig@taftlaw.com  
aherzig@taftlaw.com  
amcclellan@taftlaw.com  

David C. Roper  
Taft Stettinius & Hollister LLP  
41 S High Street, Suite 1800  
Columbus, OH 43215-4213  
Phone: (614) 221-4000  
Fax: (614) 221-2007  
droper@taftlaw.com  

December 5, 2025

*Counsel for Amici Curiae*

Pursuant to Circuit Rule 30(e), counsel for *amici curiae* National Association of Clean Water Agencies, National Association of Water Companies, National Rural Water Association, Water Environmental Federation, WateReuse Association, American Farm Bureau Federation, National Cattlemen's Beef Association, and National Pork Producers Council respectfully move the Court to supplement the joint appendix submitted by the Parties. Though counsel for *amici* coordinated with the Parties on the joint appendix, *amici* inadvertently omitted two material items that they cite from the administrative record. No party will be prejudiced by the grant of the instant motion.

Respectfully submitted,

*/s/ Erica M. Spitzig*
Erica M. Spitzig
Aaron M. Herzig
Annie M. McClellan
Taft Stettinius & Hollister LLP
301 East Fourth Street, Suite 2800
Cincinnati, OH 45202-3957
Phone: (513) 381-2838
espitzig@taftlaw.com
aherzig@taftlaw.com
amcclellan@taftlaw.com

David C. Roper
Taft Stettinius & Hollister LLP
41 S High Street, Suite 1800
Columbus, OH 43215-4213
Phone: (614) 221-4000
droper@taftlaw.com

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

 I hereby certify that, on December 5, 2025, I electronically filed the foregoing brief with the Clerk of the Court using the appellate CM/ECF system, which served copies of the brief on all ECF-registered counsel.

Dated: December 5, 2025             <u>*/s/ Erica M. Spitzig*</u>