# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-1193**  **September Term, 2023**

EPA-89FR39124

**Filed On: June 12, 2024** [2059402]

Chamber of Commerce of the United
States of America, et al.,

      Petitioners

      v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator, United States Environmental
Protection Agency,

      Respondents

## O R D E R

The petition for review in this case was filed and docketed on June 10, 2024, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioners submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 12, 2024 |
| Docketing Statement Form | July 12, 2024 |
| Procedural Motions, if any | July 12, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | July 12, 2024 |
| Statement of Issues to be Raised | July 12, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | July 12, 2024 |
| Dispositive Motions, if any | July 29, 2024 |

It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1193**                                            **September Term, 2023**

      **FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

| | |
|---|---|
| Entry of Appearance Form | July 12, 2024 |
| Procedural Motions, if any | July 12, 2024 |
| Certified Index to the Record | July 29, 2024 |
| Dispositive Motions, if any | July 29, 2024 |

It is

      **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

      The Clerk is directed to transmit to respondents a copy of this order and a copy of the petition for review.

                                                        **FOR THE COURT:**
                                                          Mark J. Langer, Clerk

                                     BY:    /s/
                                                          Erica M. Thorner
                                                          Deputy Clerk

The following forms and notices are available on the Court's website:

      Agency Docketing Statement Form
      Entry of Appearance Form
      Request to Enter Appellate Mediation Program
      Notice Concerning Expedition of Appeals and Petitions for Review
      Stipulation to be Placed in Stand-By Pool of Cases