# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Chamber of Commerce of the United States

v.

U.S. Environmental Protection Agency and

**Case No:** 24-1193

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

U.S. Environmental Protection Agency

Michael S. Regan (in his official capacity as EP

### Counsel Information

**Lead Counsel:** Andrew Coghlan

**Direct Phone:** ( 202 ) 514-9275  **Fax:** ( 202 ) 514-8865  **Email:** andrew.coghlan@usdoj.gov

**2nd Counsel:**

**Direct Phone:** (   )    **Fax:** (   )    **Email:**

**3rd Counsel:**

**Direct Phone:** (   ) -   **Fax:** (   ) -   **Email:**

**Firm Name:** U.S. Department of Justice - Environmental Defense Section

**Firm Address:** P.O. Box 7611, Washington, D.C. 20044

**Firm Phone:** ( 202 ) 514-2219  **Fax:** ( 202 ) 353-1156  **Email:** efile_eds.enrd@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)