# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-1193                 September Term, 2023

EPA-89FR39124

Filed On: August 1, 2024 [2067739]

Chamber of Commerce of the United States of America, et al.,

        Petitioners

        v.

Environmental Protection Agency and Michael S. Regan, in his official capacity as Administrator, United States Environmental Protection Agency,

        Respondents

------------------------------

Clean Cape Fear, et al.,
               Intervenors
------------------------------

Consolidated with 24-1261

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner in case No. 24-1261 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | September 3, 2024 |
| Statement of Issues to be Raised | September 3, 2024 |

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                          BY:     /s/
                                        Laura M. Morgan
                                        Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form