No. 24-1193                                                                 September Term, 2023

EPA-89FR39124

Filed On: August 5, 2024 [2068235]

Chamber of Commerce of the United States of America, et al.,

      Petitioners

      v.

Environmental Protection Agency and Michael S. Regan, in his official capacity as Administrator, United States Environmental Protection Agency,

      Respondents

------------------------------

Clean Cape Fear, et al.,
      Intervenors
------------------------------

Consolidated with 24-1261, 24-1266, 24-1271

# **O R D E R**

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner in case No. 24-1271 is directed to file the following documents by the indicated dates:

| | |
|---|---|
| Proposed Briefing Format | August 26, 2024 |
| Docketing Statement Form | September 3, 2024 |
| Statement of Issues to be Raised | September 3, 2024 |

      **FOR THE COURT:**
      Mark J. Langer, Clerk

      BY:    /s/
               Amy Yacisin
               Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form