# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-1193                        September Term, 2023

EPA-89FR39124

Filed On: August 22, 2024 [2071335]

Chamber of Commerce of the United States
of America, et al.,

       Petitioners

       v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator, United States Environmental
Protection Agency,

       Respondents

------------------------------

Clean Cape Fear, et al.,
                Intervenors
------------------------------

Consolidated with 24-1261, 24-1266,
24-1271, 24-1272

# O R D E R

     Upon consideration of petitioners' unopposed motion for extension of time, it is

     **ORDERED** that the motion be granted. Proposed briefing schedules and formats are now due September 9, 2024.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Louis Karl Fisher
Deputy Clerk