# United States Court of Appeals
**For The District of Columbia Circuit**
_____

**No. 24-1193**  **September Term, 2024**

EPA-89FR39124

Filed On: November 25, 2024 [2086664]

Chamber of Commerce of the United
States of America, et al.,

      Petitioners

      v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator, United States Environmental
Protection Agency,

      Respondents

------------------------------

Clean Cape Fear, et al.,
      Intervenors

------------------------------

Consolidated with 24-1261, 24-1266,
24-1271, 24-1272

## O R D E R

      Upon consideration of the motion by National Pork Producers Council, National Association of Clean Water Agencies, National Association of Water Companies, National Rural Water Association, Water Environmental Federation, WateReuse Association, and National Cattlemen's Beef Association for leave to file a brief in support of remand by passive receivers, and the lodged brief amici curiae, it is

      **ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amici curiae.

      **FOR THE COURT:**
      Mark J. Langer, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk