# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, <br><br> *Petitioner*, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and MICHAEL S. REGAN, in his official capacity as Administrator, United States Environmental Protection Agency, <br><br> *Respondents*. | Case No. 24-1272 <br> Consolidated with <br> 24-1193, 24-1261, <br> 24-1266, 24-1271 |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that Brittany M. Pemberton enters her appearance and takes the place as counsel for Petitioner, American Fuel & Petrochemical Manufacturers, replacing Steven D. Cook. Please withdraw the appearance of Steven D. Cook in the above-captioned case.

Date: January 17, 2025                    Respectfully submitted,

*/s/ Brittany M. Pemberton*
Brittany M. Pemberton
BRACEWELL LLP
2001 M Street NW
Suite 900
Washington, D.C. 20036
(202) 828-1708 (telephone)
(800) 404-3970 (facsimile)

*Of counsel:*
Richard S. Moskowitz
Tyler Kubik
American Fuel & Petrochemical Manufacturers
1800 M Street, NW
Suite 900 North
Washington, DC 20036
(202) 457-0480 (telephone)
(202) 457-0486 (facsimile)
rmoskowitz@afpm.org
tkubik@afpm.org

*Counsel for Petitioner American Fuel & Petrochemical Manufacturers*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th of January 2025 the forgoing Notice of Substitution of Counsel was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record, by operation of the Court's electronic filing system.

Date: January 17, 2025						Respectfully submitted,

						*/s/ Brittany M. Pemberton*
						Brittany M. Pemberton