# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1193** | **September Term, 2024** |
| | EPA-89FR39124 |
| | Filed On: February 24, 2025 [2102403] |

Chamber of Commerce of the United
States of America, et al.,

      Petitioners

      v.

Environmental Protection Agency and Lee
M. Zeldin, in his official capacity as
Administrator, United States Environmental
Protection Agency,

      Respondents

------------------------------

Clean Cape Fear, et al.,
      Intervenors
------------------------------

Consolidated with 24-1261, 24-1266,
24-1271, 24-1272

## O R D E R

    Upon consideration of respondents' motion to hold cases in abeyance, it is

    **ORDERED** that the motion be granted, and these cases are hereby held in abeyance pending further order of the court.

    The respondents are directed to file motions to govern future proceedings in these cases on April 25, 2025.

                                           **FOR THE COURT:**
                                           Clifton B. Cislak, Clerk

                            BY:    /s/
                                        Michael C. McGrail
                                        Deputy Clerk