# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1193** | **September Term, 2024** |
| | EPA-89FR39124 |
| | **Filed On: April 30, 2025** [2113719] |

Chamber of Commerce of the United
States of America, et al.,

      Petitioners

      v.

Environmental Protection Agency and Lee
M. Zeldin, in his official capacity as
Administrator, United States Environmental
Protection Agency,

      Respondents

------------------------------

Clean Cape Fear, et al.,
      Intervenors
------------------------------

Consolidated with 24-1261, 24-1266,
24-1271, 24-1272

### O R D E R

      Upon consideration of respondents' unopposed motion to hold cases in abeyance, it is

      **ORDERED** that the motion be granted, and these cases continue to be held in abeyance pending further order of the court.

      Respondents are directed to file motions to govern future proceedings by May 30, 2025.

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                  BY:    /s/
                            Michael C. McGrail
                            Deputy Clerk