# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1193**                           **September Term, 2024**

**EPA-89FR39124**

**Filed On: June 2, 2025** [2118607]

Chamber of Commerce of the United
States of America, et al.,

       Petitioners

   v.

Environmental Protection Agency and Lee
M. Zeldin, in his official capacity as
Administrator, United States Environmental
Protection Agency,

       Respondents

------------------------------

Clean Cape Fear, et al.,
            Intervenors
------------------------------

Consolidated with 24-1261, 24-1266,
24-1271, 24-1272

## O R D E R

      Upon consideration of respondents unopposed motion to continue abeyance, it is

      **ORDERED** that the motion be granted, and these consolidated cases continue to remain in abeyance.

      The respondents are directed to file motions to govern future proceedings in this case by July 2, 2025.

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

                BY:   /s/
                      Michael C. McGrail
                      Deputy Clerk