# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-1193                        September Term, 2024

EPA-89FR39124

Filed On: August 20, 2025 [2131064]

Chamber of Commerce of the United
States of America, et al.,

       Petitioners

       v.

Environmental Protection Agency and Lee
M. Zeldin, in his official capacity as
Administrator, United States Environmental
Protection Agency,

       Respondents

------------------------------

Clean Cape Fear, et al.,
       Intervenors

------------------------------

Consolidated with 24-1261, 24-1266,
24-1271, 24-1272

## O R D E R

       Upon consideration of respondents' unopposed motion to continue abeyance, it is

       **ORDERED** that the motion be granted, and these cases continue to remain in abeyance. Respondents are directed file motions to govern future proceedings in these cases by September 17, 2025.

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk
                      BY:    /s/
                                              Michael C. McGrail
                                              Deputy Clerk