# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

No. 24-1193                                          September Term, 2025

EPA-89FR39124

Filed On: November 14, 2025 [2145326]

Chamber of Commerce of the United States of America, et al.,

         Petitioners

        v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

         Respondents

------------------------------

Clean Cape Fear, et al.,
                 Intervenors
------------------------------

Consolidated with 24-1261, 24-1266, 24-1271, 24-1272

# **O R D E R**

      It is **ORDERED**, on the court's own motion, that these cases be scheduled for oral argument on January 20, 2026, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

      The time and date of oral argument will not change absent further order of the Court.

      A separate order will be issued regarding the allocation of time for argument.

                                                   **FOR THE COURT:**
                                                   Clifton B. Cislak, Clerk

                      BY:      /s/
                                     Michael C. McGrail
                                     Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)