# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-1193
September Term, 2025

EPA-89FR39124

Filed On: January 6, 2026 [2153122]

Chamber of Commerce of the United
States of America, et al.,

       Petitioners

      v.

Environmental Protection Agency and Lee
M. Zeldin, in his official capacity as
Administrator, United States Environmental
Protection Agency,

       Respondents

------------------------------

Clean Cape Fear, et al.,
                  Intervenors

------------------------------

Consolidated with 24-1261, 24-1266,
24-1271, 24-1272

      **BEFORE:**    Millett, Katsas, and Rao, Circuit Judges

## O R D E R

      Upon consideration of the motion of Passive Receivers, as amici curiae, to file supplemental appendix, and the lodged supplemental appendix, it is

      **ORDERED** that the motion be granted. The Clerk is directed to file the lodged supplemental appendix.

### Per Curiam

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                  BY:    /s/
                          Scott H. Atchue
                          Deputy Clerk