# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 24-1193                      September Term, 2025

EPA-89FR39124

Filed On: January 7, 2026 [2153228]

Chamber of Commerce of the United
States of America, et al.,

        Petitioners

        v.

Environmental Protection Agency and Lee
M. Zeldin, in his official capacity as
Administrator, United States Environmental
Protection Agency,

        Respondents

------------------------------

Clean Cape Fear, et al.,
                     Intervenors

------------------------------

Consolidated with 24-1261, 24-1266,
24-1271, 24-1272

## O R D E R

      Upon consideration of respondent-intervenors' unopposed motion concerning oral argument format, it is

      **ORDERED** that the motion is granted. The following times are allotted for the oral argument of these cases scheduled for January 20, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioners | - | 20 Minutes |
| Government Respondents | - | 15 Minutes |
| Respondent-Intervenors | - | 5 Minutes |

      The panel considering these cases will consist of Circuit Judges Millett, Katsas, and Rao.

      Form 72, which may be accessed through the link on this order, must be

completed and returned to the Clerk's Office by January 9, 2026.

**Per Curiam**

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

BY:   /s/
       Daniel J. Reidy
       Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)