# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-1193**                                        **September Term, 2025**

**EPA-89FR39124**

**Filed On: January 20, 2026** [2154841]

Chamber of Commerce of the United States of
America, et al.,

       Petitioners

    v.

Environmental Protection Agency and Lee M.
Zeldin, in his official capacity as Administrator,
United States Environmental Protection
Agency,

       Respondents

-----------------------------

Clean Cape Fear, et al.,
               Intervenors
-----------------------------

Consolidated with 24-1261, 24-1266, 24-1271,
24-1272

      **BEFORE:**    Circuit Judges Millett, Katsas, and Rao

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, January 20, 2026 at 9:32
a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

    Elbert Lin, counsel for Petitioners.

    Riley Walters (DOJ), counsel for Respondents.

    Jonathan Kalmuss-Katz, counsel for Respondent-Intervenors.

                            **FOR THE COURT:**
                            Clifton B. Cislak, Clerk

        BY:    /s/
               Anne A. Rothenberger
               Deputy Clerk