**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| Chamber of Commerce of the United States, et al., <br><br> Petitioners, <br><br> v. <br><br> U.S. Environmental Protection Agency, et al., <br><br> Respondents. | Case No. 24-1193 <br> (and consolidated cases) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Riley W. Walters will be leaving the U.S. Department of Justice and therefore withdraws his appearance as counsel for Respondents in these consolidated matters. Respondents will continue to be represented by Jin Hyung Lee.

Dated: July 21, 2026

Respectfully submitted,

*/s/ Riley W. Walters*
Riley Walters
Counsel
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Ave NW
Washington, D.C. 20530
(202) 718-3109
riley.walters@usdoj.gov

*Counsel for Respondents*

**CERTIFICATE OF SERVICE**

I hereby certify, pursuant to Fed. R. App. P. 25(c), that this notice was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

Dated: July 21, 2026

/s/ Riley Walters
Riley Walters