# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 24-1193** **September Term, 2025**

FILED ON: AUGUST 18, 2026

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, ET AL.,
PETITIONERS

v.

ENVIRONMENTAL PROTECTION AGENCY AND LEE M. ZELDIN, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
RESPONDENTS

CLEAN CAPE FEAR, ET AL.,
INTERVENORS

---

Consolidated with 24-1261, 24-1266, 24-1271, 24-1272

---

On Petitions for Review of a Final Rule
of the Environmental Protection Agency

---

Before: MILLETT, KATSAS and RAO, *Circuit Judges*

**J U D G M E N T**

These causes came to be heard on the petitions for review of a final rule of the Environmental Protection Agency and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petitions for review be denied, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

Date: August 18, 2026

Opinion for the court filed by Circuit Judge Millett.